UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JEAN L. HEILMAN,    :    CHAPTER 13
                                          :
    Debtor    :    BANKRUPTCY NO: 19-11364

**O R D E R**

**AND NOW,** upon consideration of the Motion of the Debtor, Jean Heilman, to Dismiss the Chapter 13 Bankruptcy in the instant matter is **GRANTED**.

**Date: April 17, 2019**    BY THE COURT,

_____
**RICHARD E. FEHLING,**
**U.S. BANKRUPTCY JUDGE**