United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11364-ref
Jean L. Heilman                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa              Page 1 of 1           Date Rcvd: Apr 17, 2019
                        Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.
```
db            +Jean L. Heilman,   22 Maple Street,   Mohnton, PA 19540-1909
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,   8950 Cypress Waters Boulevard,
               Coppell, TX 75019-4620
14307130      +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,   c/o Rebecca A. Solarz, Esq.,   701 Market Street,
               Suite 5000,   Philadelphia, PA 19106-1541
14285467      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Shapiro & DeNardo, LLC,   3600 Horizon Drive,
               Suite 150,   King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 03:02:50
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2019 03:03:06     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:37     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14296552      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 03:02:54     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
14283486      +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:37     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
```
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Jean L. Heilman NO1JTB@juno.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JEAN L. HEILMAN,  :  CHAPTER 13
  :
Debtor  :  BANKRUPTCY NO: 19-11364

**O R D E R**

**AND NOW,** upon consideration of the Motion of the Debtor, Jean Heilman, to Dismiss the Chapter 13 Bankruptcy in the instant matter is **GRANTED**.

**Date: April 17, 2019**

BY THE COURT,

_____
**RICHARD E. FEHLING,**
**U.S. BANKRUPTCY JUDGE**